```
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
------------------------------------
CAITLIN BRICE, et al,                         No. 23-15103

            Plaintiff-Appellees,

    v.
                                              OPPOSITION TO MOTION
ALFRED GONZALEZ,                              TO DISMISS

            Objector-Appellant.
------------------------------------
```

    The motion is hasty and moot because the tracking shows that the other court did not yet post the payment even tho they got it bright and early on February 21. Movants forget that people get an extra three days for mailing, and that the Post Office isn't as fast as before. They should take a breather, relax for a day or two, and give some time for the court peeps to process the payment. Instead of having their private investigator stalk me and send me stuff, they should have had him call the clerk and see what's up before fribbling and vexing.

    If those locals at the other court don't process the payment in a few days, maybe the private eye or the attorneys can be so kind and call the court for us and check on what the delay might be.

    So because I paid the fee to the right place, this court ought to deny their pettifogging motion.

    In the future, I hope the attorneys – who didn't get permission or even tell their clients (the named plaintiffs) that they were filing a motion to dismiss – use email to send me stuff rather than having that private dick dog me around and scare my kinsfolk.

                                             /s/ Alfred Gonzalez
                                             Alfred Gonzalez
                                             1440 W Taylor St #607
                                             Chicago IL  60607
                                             almightyag@pm.me

# USPS Tracking

FAQs >

**Tracking Number:**

Remove ✕

# 9505506567813047471166

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 10:56 am on February 21, 2023 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
SAN FRANCISCO, CA 94102
February 21, 2023, 10:56 am

### Out for Delivery
SAN FRANCISCO, CA 94102
February 21, 2023, 6:10 am

### Arrived at Hub
SAN FRANCISCO, CA 94124
February 19, 2023, 1:18 pm

### Arrived at USPS Facility
SAN FRANCISCO, CA 94124
February 19, 2023, 2:29 am

### Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER
February 19, 2023, 2:24 am

### Arrived at USPS Regional Destination Facility

Feedback