```
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
─────────────────────────────────────
CAITLIN BRICE, et al,                     No. 23-15103

             Plaintiff-Appellees,

     v.
                                          MOTION FOR EXTENSION
ALFRED GONZALEZ,                          OF TIME TO LET THE
                                          LOWER COURT CLERK
             Objector-Appellant.          PROCESS THE APPEAL FEE
─────────────────────────────────────
```

The appellee attorneys are all in an uproar because <u>the lower court</u> has not **yet** processed Feb 16 payment of the $500 appeal fee and the $5 docketing fee which they got on the 21st. Today's the 28th, that's a week. I don't know how long they take or how much mail is piled up. There's no emergency IMO, but the attorneys are getting excitable which means I have to get time for the clerk.

I complied with the order for the payment on the 16th of February by mailing it to the district court, and I got all the proof in the whole world, but the appellee attorneys they don't believe me. I have to get an Order giving some time for those lower court clerks to process it, but I don't know how much they need.

Now what got sent was two money orders here's the pictures.



The money orders were put in this envelope.



     But it looked like the post office takes too long with just a couple stamps, so got some tracking for it and put it in a priority mail cardboard envelope.  Here's the receipt.



     Now mailpersons at www.usps.com they swear the loot was delivered.  See this is what it says:

**9505506567813047471166**

Latest Update

Your item was delivered in or at the mailbox at 10:56 am on February 21, 2023 in SAN FRANCISCO, CA 94102.

     So I am pretty sure that those clerks did get it and it does contain all that money for the appeal fee.
     Please give some more time for the lower court to apply the payment to the case. Maybe 14 days, but whatever it takes.  I do point out that I don't understand why the lower court clerk gets all that money when this court's clerks are the ones doing all the work, but that's got nothing to do with me or the time needed to process the payment.  Thus, I pray my motion be granted.

                                         ___/s/ Alfred Gonzalez_____
                                         Alfred Gonzalez
                                         1440 W Taylor St #607
                                         Chicago IL  60607
                                         almightyag@pm.me