```
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
—————————————————————————————————————
```
CAITLIN BRICE, et al,                           No. 23-15103

       Plaintiff-Appellees,

  v.
                                  MOTION TO DISMISS
ALFRED GONZALEZ,

       Objector-Appellant.
```
—————————————————————————————————————
```

    I move to voluntarily dismiss this appeal and I do not have the resources to fight it. I can't afford the cost to fly to the deposition Class Counsel is making me go to.

                                      ___*/s/ Alfred Gonzalez*_____

                                      Alfred Gonzalez

                                      1440 W Taylor St #607
                                      Chicago IL  60607
                                      almightyag@pm.me