UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAITLIN BRICE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ALFRED GONZALEZ, <br><br> Objector - Appellant, <br><br> v. <br><br> ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation, <br><br> Defendant - Appellee. | No. 23-15103 <br><br> D.C. No. 3:20-cv-02155-LB <br> U.S. District Court for Northern California, San Francisco <br><br> **PLAINTIFFS–APPELLEES' RESPONSE AND STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS APPEAL** |

Plaintiffs-Appellees do not oppose Objector-Appellant's voluntary motion to dismiss his appeal (Dkt. 8) pursuant to FRAP 42(b).[1]

DATED: March 23, 2023          **COTCHETT, PITRE & McCARTHY LLP**

By: /s/ *Mark C. Molumphy*
    *Mark C. Molumphy*
Mark C. Molumphy
Tyson C. Redenbarger
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577
*mmolumphy@cpmlegal.com*
*tredenbarger@cpmlegal.com*

---

[1] Dismissal would also render Plaintiffs-Appellee's pending motion to dismiss (Dkt. 3) moot.

1

**AHDOOT & WOLFSON, PC**

By: /s/ *Tina Wolfson*
        Tina Wolfson
Tina Wolfson
Robert R. Ahdoot
Theodore W. Maya
Christopher Stiner
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310-474-9111
Facsimile: 310-474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*cstiner@ahdootwolfson.com*

*Lead Counsel for Plaintiffs-Appellees and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

**COTCHETT, PITRE & McCARTHY LLP**

By: /s/ *Mark C. Molumphy*
       Mark C. Molumphy

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify that:

1) I am an employee in the office of Cotchett, Pitre & McCarthy, LLP; and

2) On March 23, 2023 I served a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed by depositing said envelope in the U.S. Mail, or by placing said copy into an interoffice delivery receptable located in our office of Cotchett, Pitre & McCarthy, LLP.

Alfred Gonzalez
1440 W Taylor Street #607
Chicago, IL 6067

Dated: March 23, 2023          Jeanine H. Acosta
                               Legal Assistant

                        By: _____
                               Jeanine H. Acosta

4