|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 31 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CAITLIN BRICE; et al.,

      Plaintiffs-Appellees,

 v.

ALFRED GONZALEZ,

      Objector-Appellant,

 v.

ZOOM VIDEO COMMUNICATIONS, INC., a Delaware corporation,

      Defendant-Appellee.

No. 23-15103

D.C. No. 3:20-cv-02155-LB
Northern District of California,
San Francisco

ORDER

Appellant's motion (Docket Entry No. 8) for voluntary dismissal is granted.

This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

All pending motions are denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo